United States Bankruptcy Court
District of Connecticut

In re:                                                                Case No. 15-22043-amn
Richard Crespo                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2          User: tsteady          Page 1 of 2          Date Rcvd: Nov 30, 2015
                              Form ID: NHB9I         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2015.
```
db          +Richard Crespo,    1945 Broad Street,    Hartford, CT 06114-2302
tr          +Molly T. Whiton,    10 Columbus Boulevard,    Hartford, CT 06106-2073
8504536     +All-Waste,    P.O. Box 2472,    Hartford, CT 06146-2472
8504538     +Boardwalk Realty Associates,    20 Westborough Drive,    West Hartford, CT 06107-1041
8504539     +Brescome Barton Inc.,    69 Defco Park Road,    North Haven, CT 06473-1129
8504535    ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,     C & E DIVISION BANKRUPTCY UNIT,
              25 SIGOURNEY STREET,    HARTFORD CT 06106-5003
             (address filed with court:   Department of Revenue Services,    State of Connecticut,
              25 Sigourney Street,    Hartford, CT 06106)
8504541     +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
8504542      Chex Systems,    ATTN: Customer Relations,    7085 Hudson Road,    Suite 100,
              Saint Paul, MN 55125
8504543      Comcast,    P.O. Box 1577,    Newark, NJ 07101-1577
8504544     +Community Health Services, Inc,    500 Albany Avenue,    Hartford, CT 06120-2599
8504547      ECHN,   P.O. Box 560,    Manchester, CT 06045-0560
8504531     +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
8504533      Experian,    PO Box 2002,    Allen, TX 75013-2002
8504551     +First Step Group, LLC,    6300 Shingle Creek Parkway,    Minneapolis, MN 55430-2162
8504552     +Hunt Leibert Jacobson PC,    50 Weston Street,    Hartford, CT 06120-1504
8504553     +Lofts at the Mill,    91 Elm Street,    Manchester, CT 06040-8625
8504556     +Nair & Levin,    707 Bloomfield Avenue,    Bloomfield, CT 06002-2406
8504557     +Nancy Maldonado,    1945 Broad Street,    Hartford, CT 06114-2302
8504560      The Metropolitan District,    P.O. Box 990092,    Hartford, CT 06199-0092
8504532     +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
8504561     +United States Attorney,    District of Connecticut,    157 Church Street, 23rd Floor,
              New Haven, CT 06510-2102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: SuzannB@Beckett-Law.com Nov 30 2015 19:14:07     Suzann L. Beckett,
              Beckett Law LLC,    543 Prospect Ave,    Hartford, CT  06105
ust         +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Nov 30 2015 19:14:27     U. S. Trustee,
              Office of the U.S. Trustee,    Giaimo Federal Building,    150 Court Street, Room 302,
              New Haven, CT 06510-2022
8504540     +EDI: STFC.COM Nov 30 2015 19:13:00     CACH, LLC,    4340 South Monaco Street,
              Denver, CO 80237-3408
8504545     +E-mail/Text: CNGBankruptcy@CTGCORP.com Nov 30 2015 19:14:45     Connecticut Natural Ga,
              76 Meadow St,    East Hartford, CT 06108-3218
8504546     +E-mail/Text: CNGBankruptcy@CTGCORP.com Nov 30 2015 19:14:45     Connecticut Natural Gas,
              PO Box 9245,    Chelsea, MA 02150-9245
8504549      E-mail/Text: bankruptcynotices@eversource.com Nov 30 2015 19:14:40     Eversource,
              P.O. Box 650032,    Dallas, TX 75265-0032
8504550      EDI: BANKAMER.COM Nov 30 2015 19:13:00     FIA Card Services,    P.O. Box 15019,
              Wilmington, DE 19886-5019
8504534      EDI: IRS.COM Nov 30 2015 19:13:00     Internal Revenue Service,    135 High Street, Stop 155,
              Hartford, CT 06103
8504554     +EDI: RESURGENT.COM Nov 30 2015 19:13:00     LVNV Funding,    P.O. Box  10584,
              Greenville, SC 29603-0584
8504555      E-mail/Text: camanagement@mtb.com Nov 30 2015 19:14:20     M & T Bank,    1 Fountain Plz,
              Buffalo, NY 14203
8504558      E-mail/Text: admin@pdminc.net Nov 30 2015 19:14:11     Professional Debt Mediation,
              7948 Baymeadows Way, 2nd Floor,    Jacksonville, FL 32207
8504559      E-mail/Text: VSWEEZY@THEMDC.COM Nov 30 2015 19:14:11     The Metropolitan District,
              555 Main St.,    P.O. Box 800,    Hartford, CT 06142-0800
8504548      EDI: USBANKARS.COM Nov 30 2015 19:13:00     Elan Financial Service,    Po Box 790084,
              Saint Louis, MO 63179
                                                                                             TOTAL: 13
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
8504537     ##+Berdon, Young & Margolis, PC,    132 Temple Street,    New Haven, CT 06510-2625
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0205-2          User: tsteady              Page 2 of 2                Date Rcvd: Nov 30, 2015
                              Form ID: NHB9I             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2015 at the address(es) listed below:
              Molly T. Whiton    mtwhiton@mtwhiton.com
              Suzann L. Beckett    on behalf of Debtor Richard  Crespo SuzannB@Beckett-Law.com,
               Carlao@Beckett-Law.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                          TOTAL: 3
```

NHB9I (Official Form 9I) (Chapter 13 Case) (12/12)                                                   Case Number **15–22043 amn**

# UNITED STATES BANKRUPTCY COURT
District of Connecticut

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 11/26/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard Crespo
1945 Broad Street
Hartford, CT 06114

| Case Number:* | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 15–22043 amn | xxx–xx–6893 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Suzann L. Beckett<br>Beckett Law LLC<br>543 Prospect Ave<br>Hartford, CT 06105<br>Telephone number:  860–236–1111 | Molly T. Whiton<br>10 Columbus Boulevard<br>Hartford, CT 06106<br>Telephone number:  (860)278–9410 |

### Meeting of Creditors
Date: **December 22, 2015**                          Time: **11:30 AM**
Location: **450 Main Street, Room 742, Hartford, CT 06103**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **3/21/16**         **Governmental agencies who wish to file a proof of claim should do so within 180 days from the date the Order for Relief was entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 2/22/16**

**"Discharge will not enter unless the Debtor's Certification of Financial Management (Official Forms B23) is filed before the completion of the Chapter 13 Plan."**
**Please Note: This is not the same as the pre–filing credit counseling certificate.**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.
*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED, SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1

| **Address of the Bankruptcy Clerk's Office:**<br>450 Main Street<br>7th Floor<br>Hartford, CT 06103<br>Telephone number:  860–240–3675<br>NOTE: VCIS 24 hour information toll free 1–866–222–8029 | **For the Court:**<br>Acting Clerk of the Bankruptcy Court:<br><br>*Myrna Atwater* (signature)<br><br>Myrna Atwater |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 4:00 PM | Date:  11/30/15 |

| **EXPLANATIONS** | **NHB9I (Official Form 9I) (12/12)** |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**Special notice to debtor(s); Failure of the debtor to attend the above scheduled meeting of creditors may result in the dismissal of your case with prejudice of an order precluding you from being a debtor for 180 days or more without notice.**