UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | | |
|---|---|---|
| IN RE: | | |
| RICHARD CRESPO | : | CHAPTER 13 |
| DEBTOR | : | CASE NO. 15-22043 |
| | : | December 3, 2015 |

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for M&T BANK a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: December 3, 2015

By: _____
Victoria Forcella, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston Street, Hartford, CT 06120
(860) 808-0606
Federal Bar No. CT 29297

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via first class, postage prepaid mail and/or via ECF e-mail this 3rd day of December, 2015.

Richard Crespo
1945 Broad Street
Hartford, CT 06114
(Debtor)

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
(Debtor's Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

By: _____
Victoria Forcella, Esq.
Hunt Leibert Jacobson, P.C.
50 Weston Street, Hartford, CT 06120
(860) 808-0606
Federal Bar No. CT 29297