UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:
RICHARAD CRESPO                                          :    CHAPTER 13
    DEBTOR                                               :    CASE NO. 15-22043

M&T BANK
    MOVANT
VS.
RICHARD CRESPO, DEBTOR
MOLLY T. WHITON, TRUSTEE
    RESPONDENTS                                         :    January 13, 2016

## STATEMENT PURSUANT TO RULE 2016

Pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, I certify that I am counsel to the secured creditor in this action. The scope of my representation and the fees and costs for the services is set forth is as follows regarding property known as **1945 - 1949 BROAD STREET, HARTFORD, CT 06114.**

| | |
|---|---|
| Preparation and filing of a Notice of Appearance, Preparation and filing of a Proof of Claim; and Monitor Case to Confirmation | $275.00 |
| Preparation and filing of Objection to Confirmation | $400.00 |
| Plan Review | $150.00 |
| TOTAL | $825.00 |

    I certify that the above is a complete and accurate statement of the fees incurred by the creditor, in this Chapter 13 case prior to the confirmation.

By: _____
Linda St. Pierre, Esq.
Attorney for Movant
Hunt Leibert Jacobson, PC
Fed ID No. CT 22287

THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY. IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.

CERTIFICATION

    I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 13th day of January, 2016.

Richard Crespo
1945 Broad Street
Hartford, CT 06114
Debtor

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
Debtors' Attorney

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510


DATED: January 13, 2016

By: _____
Linda St. Pierre, Esq.
Attorney for Movant
Hunt Leibert Jacobson, P.C.
50 Weston Street, Hartford, CT 06120
(860) 808-0606
Federal ID No. CT 22287