# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-22043 |
| | : | |
| RICHARD CRESPO | : | CHAPTER 13 |
| | : | |
| | : | |
| Debtor | : | FEBURARY 22, 2016 |

## APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance for the creditor, State of Connecticut, Department of Revenue Services, in the above-entitled case. We also request, pursuant to Bankruptcy Rules 2002, 9007 and LBR 2002-1, that copies of all pleadings, motions, filings, and notices in the case be sent to:

> Linda A. Russo
> Assistant Attorney General
> 55 Elm Street
> P.O. Box 120
> Hartford, CT 06141-0120
> Telephone: (860) 808-5150
> Facsimile:  (860) 808-5389
> E-Mail: Linda.Russo@ct.gov

> THE CREDITOR
> STATE OF CONNECTICUT,
> DEPARTMENT OF REVENUE SERVICES
>
> GEORGE JEPSEN
> ATTORNEY GENERAL
>
> BY: /s/ Linda A. Russo
> Linda A. Russo
> Assistant Attorney General
> Federal Bar No. ct03789
> 55 Elm Street
> P.O. Box 120
> Hartford, CT  06141-0120
> Tel: (860) 808-5150
> Fax: (860) 808-5389
> E-Mail: linda.russo@ct.gov

**CERTIFICATION**

I hereby certify that on this 22nd day of February, 2016, a copy of the foregoing Appearance and Request for Notice was served through the Court's Electronic Case Filing System or by first class mail, postage prepaid, to the following:

**Attorney for Debtor**
Suzann L. Beckett, Esq.
Beckett Law LLC
543 Prospect Avenue
Hartford, CT 06105

**U.S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

**Trustee**
Molly T. Whiton, Esq.
10 Columbus Boulevard
Hartford, CT 06106

/s/ Linda A. Russo
Linda A. Russo (#ct03789)
Assistant Attorney General