# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>RICHARD CRESPO<br><br><div align="right">Debtor.</div> | Chapter: 13<br>Case No.: 15-22043<br><br>April 8, 2016 |
| RICHARD CRESPO<br><br><div align="center">Movant.</div><br><div align="center">-against-</div><br>BOARDWALK REALTY ASSOCIATES, LLC,<br><br><div align="right">Respondents.</div> | |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

RICHARD CRESPO, (the "Movant") has filed a Motion for Turnover and to Surcharge Prior Custodian pursuant to 11 U.S.C. § 543 with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than April 22, 2016.* In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. section 102(1).

Dated: April 8, 2016    By:  RICHARD CRESPO, MOVANT

 /s/ David Lavery
David Lavery (ct29971)
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT  06105
T: (860) 236-1111
F: (860) 2361-0050
DavidL@beckett-law.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter: 13 |
| | Case No.: 15-22043 |
| RICHARD CRESPO | |
| | April 8, 2016 |
| Debtor. | |
| RICHARD CRESPO | |
| Movant. | |
| -against- | |
| BOARDWALK REALTY ASSOCIATES, LLC, | |
| Respondents. | |

## MOTION FOR TURNOVER AND TO SURCHARGE RECEIVER PURSUANT TO 11 USC § 543

The Movant hereby represents as follows:

1. On November 26, 2015, Richard Crespo, (hereinafter "Movant") filed a petition for relief under Chapter 13 of Title 11 of the U.S. Code.   The case was filed in the U.S. Bankruptcy Court, District of Hartford, at Hartford, and given Docket Number 15-22043.

2. On March 27, 2014, Boardwalk Realty Associates, LLC (the "Receiver") was appointed rent receiver for 1145-1149 Broad Street, Hartford, Connecticut pursuant to Connecticut General Statutes ("CGS") § 16-262t. The Receiver duly filed its bond in the amount of $2,000 on May 16, 2014. A copy of the order is attached as **Exhibit "A"**. A copy of the bond is attached as **Exhibit "B"**.

3. The Receiver is obligated pursuant to 11 U.S.C. § 543 to file an accounting with the bankruptcy court and seek final compensation, if not previously awarded by a court of competent jurisdiction.

4. This is a contested matter pursuant to FRBP 6002. *See In re NTG Indus.*, 118 B.R. 606, 607-08 n.1 (Bankr. N.D. Ill. 1990). The notice of contested matter was properly served by first class mail on the principal of the Receiver and its authorized agent for the service of process pursuant to FRBP 7004(b)(3).

5. CGS § 16-262t sets out a statutory priority for the payment of water charges, costs, and fees as follows:

   a. Water supplied on and after the date of appointment;

   b. Reserve account for the receiver's fees and costs, subject to final court award as to the amount and reasonableness of the fees and costs;

   c. Petitioner's attorney's fees and costs;

   d. Arrearage found by the court; and

   e. Remainder of rents received to be returned to the property owner.

6. The Receiver was not discharged prior to the commencement of this case.

7. Despite due request from the Movant, the Receiver has failed to file said account and has improperly withheld from the Movant the sum of $5,384, representing his claimed fee, bond costs, and eviction costs. Neither the fee nor the costs have been awarded by any court.

8.  Upon information and belief, as of mid-August, the Receiver had sufficient funds on
    hand to pay all charges and costs, and retain a fee of approximately $3,926.58 and seek
    his discharge. From September 1, 2015, the only additional charges that came due were
    $1237.47 plus interest of $53.55. However, rent collected during that period was $1,015.
    A schedule of the receiver's account and the MDC's account, with running balances, is
    attached as **Exhibit "C"**.

9.  Had the receiver sought his discharge at that time, the Debtor would only be facing an
    arrearage of $276.02 rather than the $2,148.44 plus 18% interest that the Debtor will be
    forced to pay over 60 months.[1]

10. Demand was made by letter mailed December 3, 2015, a copy of which is attached as
    **Exhibit "D"**. I spoke with the principal of the Receiver on December 16, 2015, and he
    informed me that Nair and Levin would prepare and file the account.

11. Nair and Levin faxed the account to the undersigned on December 18, 2015. However,
    the Receiver has not filed it with the Bankruptcy Court nor sought approval for his fee or
    costs, as required by 11 USC § 543 and FRBP 6002. A copy of the accounting is attached
    as **Exhibit "E"**.

12. A copy of the transaction history with the MDC from the date of appointment to the date
    the bankruptcy petition was filed is attached as **Exhibit "F"**.

---

[1]  Amortizing $2,148.44 at 18% over 60 months will lead to interest of $1,125. The failure to promptly seek
discharge and an award of fees has damaged the Debtor in the amount of $3,273.44.

13. The time for filing Proofs of Claim has expired. The Receiver did not file a Proof of Claim. The Receiver was advised of his obligation to file his account and seek approval of his fee from the Bankruptcy Court, and he willfully failed to do so. The Receiver has no basis to file a late claim pursuant to 11 U.S.C. § 502(j).

14. A receiver's fee must be reasonable. In *Hartford Electric Light Co. v. Tucker*, the Supreme Court found that a fee of approximately $40[2] per hour was warranted "in the face of enormous interference from the defendant." 183 Conn. 85 (1981).

15. The factors in determining a receiver's fee was set forth in *Jacobs v. Ringling Bros.-Barnum & Bailey Combined Shows, Inc.*, 141 Conn. 86 (1954). There, the Connecticut Supreme Court emphasized that the following factors that should be considered in determining a receiver's fee:

   a. The nature, extent and value of the property administered.

   b. The complications and difficulties encountered.

   c. The responsibilities involved, and assumed by the receiver, and the diligence and thoroughness which he displays are weighty elements.

   d. The knowledge, experience, labor and skill required of the receiver and devoted by him to the receivership must be taken into account.

   e. Time properly required to be spent is an important consideration.

   f. The amount paid as compensation for similar services should also be regarded.

---

[2] $104.34 in today's dollars. *See*, *e.g.*, CPI Inflation Calculator, available from the Bureau of Labor Statistics at http://data.bls.gov/cgi-bin/cpicalc.pl.

16. A proposed order is appended hereto. Based on the foregoing, the Movant requests that

the Court (1) order the Receiver to file his final account and (2) surcharge the Receiver

the sum of $5,384.

**WHEREFORE**, the Movant prays for an Order of this Court:

    a.  directing the Receiver to immediately file his account; and

    b.  to the extent the Court determines the Receiver's fee was not reasonable,

        surcharging the Receiver the sum of $5,384;

together with any and all other relief as the Court may deem just and equitable.


                                    RICHARD CRESPO, Movant

Dated:  April 8, 2016                       /s/ David Lavery

                                    David Lavery (ct29971)

                                  Beckett Law, LLC

                                  543 Prospect Avenue

                                  Hartford, CT   06105

                                  T: 860-236-1111

                                  F: 860-236-0050

                                  DavidL@beckett-law.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter: 13 |
| | Case No.: 15-22043 |
| RICHARD CRESPO | |
| | April 8, 2016 |
| Debtor. | |

**Proposed**
**Order Pursuant to 11 U.S.C. § 543 to File Account and Appear for Hearing**

After notice and a hearing, *see* 11 U.S.C. § 102(1) and in compliance with the Court's Contested Matter Procedure on the Debtor's Motion for Turnover and Surcharge, ECF No. _____ (the "Motion"), and there being no objection thereto, and it having been represented that:

It is hereby ORDERED, that the Receiver, Boardwalk Realty Associates, Inc., is directed to file its final account within fourteen (14) days of entry of this order, together with any other documents supporting its claimed fee and expenses; and

It is further ORDERED, that this matter is continued for twenty-eight (28) days for the Court to review the final account. The Receiver and counsel for the Debtor are directed to appear at the continued hearing; and

It is further ORDERED, that counsel for the Debtor is directed to serve a copy of this order by _____ on or before _____, 2016.

# EXHIBIT A

ORDER    415540

DOCKET NO: HHDCV146049124S

SUPERIOR COURT

THE METROPOLITAN DISTRICT
 V.
CRESPO, RICHARD Et Al

JUDICIAL DISTRICT OF HARTFORD
 AT HARTFORD

3/27/2014

ORDER

ORDER REGARDING:
03/21/2014 104.00 MOTION FOR APPOINTMENT OF TEMPORARY RECEIVER

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Motion to appoint receiver is granted and enters as a final judgment.

415540

Judge: ANTONIO C ROBAINA
Processed by: Suzana Zenko

DOCKET NO. HHD-CV-14-6049124S

| | | |
|---|---|---|
| THE METROPOLITAN DISTRICT | : | SUPERIOR COURT |
| Petitioner | | |
| | : | JUDICIAL DISTRICT OF |
| VS. | : | HARTFORD AT HARTFORD |
| | | |
| RICHARD CRESPO | : | |
| NANCY MALDONADO | | |
| Respondents | | |

## ORDER PERTAINING TO THE
## APPOINTMENT OF A RECEIVER OF RENTS

The foregoing petition having been presented to the Court and it appearing that the same ought to be granted, it is hereby

1.  ORDERED that **BOARDWALK REALTY ASSOCIATES, L.L.C**. OF 20 Westborogh Drive, West Hartford, Connecticut 06107 is appointed Receiver of Rents for the residential dwellings located at 1945-1949 Broad Street, HARTFORD, Connecticut, for which the Respondents are the owners, agents, lessors, or managers, and on which the amount of $8,806.59 is found to be due and owing from the Respondents to the Petitioner for water service as of January 23, 2014, in addition to court costs of $350.00, attorney's fees of $750.00, and marshal's fees of $104.40, as provided by Connecticut General Statute Section 16-262t.

2.  IT IS FURTHER ORDERED, that said appointment is conditioned upon the posting of a Bond as described in Section 21-4 of the Connecticut Practice Book in favor of the State of Connecticut, and which bond shall be in the amount of $2,000.00 and filed in the Superior Court by the Receiver; and

3.  Not more than ten (10) days after Rent Receiver's receipt of this Order of appointment, Rent Receiver shall provide written notice to all occupants of the building or buildings, delivered separately to each dwelling unit, stating Rent Receiver has been authorized to collect all rents or

payments for use and occupancy, due from such occupant and that the owner, agency, lessor or manager, as the case may be, is prohibited from collecting such rents or payments for use and occupancy. The notice shall include the address to which payments are to be made and a telephone number at which the Receiver can be contacted. The notice shall be in plain and simple language and shall be written in English and in Spanish. A copy of the Court order appointing the Rent Receiver and authorizing the collection of rents shall be attached to the notice; and

4. IT IS FURTHER ORDERED, that the Receiver shall obtain from the Respondents, and the Respondents shall disclose to the Receiver, such information as is reasonably necessary for the Receiver to comply with these orders, including, but not limited to: the names, addresses and telephone numbers of the tenants/occupants residing in the above-described residential dwellings, the terms and amount of each such tenant's/occupant's rent or payment for use and occupancy, and the amount of such rent or payment then in arrears; and

5. IT IS FURTHER ORDERED, that if the Respondents shall fail to provide the above information, the Receiver shall obtain such information by whatever reasonable means necessary; and

6. IT IS FURTHER ORDERED that any owner, agent, lessor or manager who collects or attempts to collect any rent or payment for use and occupancy, from any occupant of a building or buildings subject to this Order, or who in any other way interferes with the Receiver in the performance of its duties may be found, after due notice and hearing, to be in contempt of court, in accordance with Section 16-262t(e); and

7. IT IS FURTHER ORDERED, that the Respondents are herewith restricted from collecting from the tenants/occupants any rents or payments for use and occupancy after Petitioner has mailed this Order, by certified or registered mail, to the address to which bills of the Petitioner are regularly addressed, and any monies received by the Respondents since the date of the

signing of this Order shall be forthwith turned over to the Receiver and the Respondents shall be restrained from receiving said rents and payments until such further notice to the contrary is ordered by this Court; and

8.  IT IS FURTHER ORDERED, that the Receiver shall disburse the proceeds from such rents or use and occupancy payments to The Metropolitan District, other supplier or receiver, as is appropriate, in accordance with the following priorities:

a.  For electric, gas, telephone, water or heating oil supplied on and after the date of the appointment and for the reasonable cost of repairs and maintenance made or provided pursuant to subdivision (4) of C.G.S. § 16-262t;

b.  Reserve for reasonable fees and costs determined by the court to be due the receiver;

c.  Petitioner's attorney's fees and costs;

d.  Arrearage found by the court to be due and owing; and

e.  Any moneys remaining thereafter shall be turned over to owner, agent, lessor or manager; and

9.  IT IS FURTHER ORDERED, that upon collection of said rents and/or payments in an amount sufficient to pay the Petitioner's current billing and arrearage, together with its attorney's fees and costs and the Receiver's reasonable fees and costs, then the Receiver shall account to this Court for all monies received and disbursed and request discharge of its duties; and,

10.  IT IS FURTHER ORDERED, that the Petitioner may, in connection with the Receiver's Final Accounting, submit to this Court a request for allowance of its reasonable attorney's fees and costs in excess of those sums ordered this date; and

11.  IT IS FURTHER ORDERED, that, pursuant to Section 16-262t(c), the Receiver shall have the right, but not the obligation, to evict tenants/occupants for nonpayment to the Receiver of rent or use and occupancy charges; and

12.  IT IS FURTHER ORDERED, that the appointment of this Receiver of Rents shall not alter or amend the duties of the landlord to maintain the subject property as required by Connecticut General Statutes Section 47a-7 et seq. and the terms of any existing mortgage, including the obligation to insure against hazard and liability for accidents occurring on the premises; and

13. IT IS FURTHER ORDERED, that, pursuant to Section 16-262t(a)(4), the Receiver shall have the right, but not the obligation, to petition the court to obtain any remedy available under chapter 906 of the Connecticut General Statutes, against such owner, agent, lessor or manager in order to recover the amounts due as determined by the Court and for continuing charges for such water service until all such charges and other costs have been paid;

14.  AND THAT the Receiver and the parties hereto shall be subject to any further orders of this Court necessary to effectuate the purposes and requirements of Section 16-262t of the Connecticut General Statutes.

_____
Judge, Superior Court

# EXHIBIT B

DOCKET: HHD-CV-14-6049124S

SUPERIOR COURT

The Metropolitan District

J. D. of Hartford

vs.

AT Hartford    2014 MAY 16  A 10:44

Richard Crespo and Nancy Maldonado

OFFICE OF THE
SUPERIOR COURT
HARTFORD

_____
(date)

## **Bond on Receiver of Rents**

**Insurer:** NGM Insurance Company          Bond No: S-831750

## **KNOW ALL MEN BY THESE PRESENTS:** That

Boardwalk Realty Associates LLC                                              ,

as Principal, and NGM Insurance Company          , a corporation organized and
existing under the laws of the State of Florida, with its regional office at

55 West Street          Keene, NH 03431-7000    , as Surety, are held and firmly bound

unto the State of Connecticut and the Superior Court, Judicial District of Hartford    ,

at Hartford          , in the sum of

Two Thousand and 00/100 Dollars                    ($ 2,000.00    ),

in lawful money of the United States to be paid to the said State of Connecticut

and the Superior Court, Judicial District of Hartford          at Hartford          ,
for which payment, well and truly to be made, we bind ourselves and our heirs,
executors and administrators, jointly and severally, by these presents.

**Signed and Sealed this** __14th__ **day of** _____May_____ , __2014__ .

The condition of this obligation is such that, whereas the above named

Boardwalk Realty Associates LLC                              has by the Superior Court,

Judicial District of Hartford          at Hartford          , been appointed, in an action

brought by The Metropolitan District              to be receiver of rents of property

located in 1945-1949 Broad Street Hartford, CT                              .

Now, therefore, if said Boardwalk Realty Associates LLC              shall well and
truly perform its duties under such appointment, then this obligation shall be void,
otherwise in full force and effect.
Signed and sealed in the presence of:    Boardwalk Realty Associates LLC

_____
**Principal**

NGM Insurance Company
**Surety**

_____
**Attorney-in-Fact**    Alan Burstein

68-CT-0134-02

**NGM INSURANCE COMPANY**
A member of The Main Street America Group

**POWER OF ATTORNEY**

S-831750

**KNOW ALL MEN BY THESE PRESENTS:** That the NGM Insurance Company, a Florida corporation having its principal office in the City of Jacksonville, State of Florida, pursuant to Article IV, Section 2 of the By-Laws of said Company, to wit:

"SECTION 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company thereto, bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional undertaking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them."

does hereby make, constitute and appoint   Alan Burstein   its true and lawful Attorney-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed bond number S 831750   dated May 14, 2014   ,
on behalf of **** Boardwalk Realty Associates LLC ****
in favor of   Connecticut Superior Court
for Two Thousand and 00/100   Dollars ($ 2,000.00   )
and to bind NGM Insurance Company thereby as fully and to the same extent as if such instrument was signed by the duly authorized officers of the NGM Insurance Company; this act of said Attorney is hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the Directors of NGM Insurance Company at a meeting duly called and held on the 2nd day of December 1977.

Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the company as the original signature of such officer and the original seal of the company, to be valid and binding upon the company with the same force and effect as though manually affixed.

*IN WITNESS WHEREOF*, NGM Insurance Company has caused these presents to be signed by its Assistant Vice President, General Counsel and Secretary and its corporate seal to be hereto affixed this 3rd day of January, 2012

NGM INSURANCE COMPANY By:

Bruce Fox
Assistant Vice President, General Counsel and Secretary

State of Florida,
County of Duval

On this 3rd day of January, 2012 before the subscriber a Notary Public of State of Florida in and for the County of Duval duly commissioned and qualified, came Bruce Fox of the NGM Insurance Company, to me personally known to be the officer described herein, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me fully sworn, deposed and said that he is an officer of said Company, aforesaid: that the seal affixed to the preceding instrument is the corporate seal of said Company, and the said corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Company; that Article IV, Section 2 of the By-Laws of said Company is now in force.
**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed by official seal at Jacksonville, Florida this 3rd day of January, 2012

TASHA PADPOT
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE103437
Expires 10/3/2015

I, Brian J Beggs, Vice President of the NGM Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in force and effect. **IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of said Company at Jacksonville, Florida this  14  day of   May   , 2014

**WARNING: Any unauthorized reproduction or alteration of this document is prohibited.**
TO CONFIRM VALIDITY of the attached bond please call **1-603-358-1343**.
TO SUBMIT A CLAIM:   Send all correspondence to 55 West Street, Keene, NH 03431 Attn: Bond Claim Dept.
or call our Bond Claim Dept. at 1-603-358-1229.

# EXHIBIT C

| Date | MDC Account | | | | Receiver Account | | | Running Balance |
| | Debit | Interest | Credit | Balance | Receiver Receipts | Receiver Disbursements | Balance | (All Accounts) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3/11/14 | | $ 74.38 | | $ 8,806.59 | | $ - | $ - | $ 8,806.59 |
| 4/1/14 | | | | $ 8,806.59 | | $ - | $ - | $ 8,806.59 |
| 4/10/14 | | $ 88.07 | | $ 8,894.66 | $ 1,400.00 | $ - | $ 1,400.00 | 7,494.66 |
| 5/5/14 | | | $ 495.60 | $ 8,399.06 | | $ 495.60 | $ 904.40 | 7,494.66 |
| 5/6/14 | $ 1,626.00 | | | $ 10,025.06 | | $ - | $ 904.40 | 9,120.66 |
| 6/1/14 | | | | $ 10,025.06 | $ 3,494.00 | $ - | $ 4,398.40 | 5,626.66 |
| 7/1/14 | | | | $ 10,025.06 | $ 1,244.00 | $ - | $ 5,642.40 | 4,382.66 |
| 7/3/14 | | | $ 690.00 | $ 9,335.06 | | $ 690.00 | $ 4,952.40 | 4,382.66 |
| 7/8/14 | | | $ 1,720.00 | $ 7,615.06 | | $ 1,720.00 | $ 3,232.40 | 4,382.66 |
| 7/10/14 | | | $ 310.00 | $ 7,305.06 | | $ 310.00 | $ 2,922.40 | 4,382.66 |
| 7/29/14 | | | $ 815.00 | $ 6,490.06 | | $ 815.00 | $ 2,107.40 | 4,382.66 |
| 8/1/14 | | | | $ 6,490.06 | $ 1,494.00 | $ - | $ 3,601.40 | 2,888.66 |
| 8/6/14 | $ 1,740.03 | | | $ 8,230.09 | | $ - | $ 3,601.40 | 4,628.69 |
| 8/15/14 | | | $ 155.00 | $ 8,075.09 | | $ 155.00 | $ 3,446.40 | 4,628.69 |
| 8/21/14 | | $ 63.35 | | $ 8,138.44 | | $ - | $ 3,446.40 | 4,692.04 |
| 9/1/14 | | | | $ 8,138.44 | $ 1,394.00 | $ - | $ 4,840.40 | 3,298.04 |
| 9/10/14 | | | $ 510.00 | $ 7,628.44 | | $ 510.00 | $ 4,330.40 | 3,298.04 |
| 9/12/14 | | | $ 155.00 | $ 7,473.44 | | $ 155.00 | $ 4,175.40 | 3,298.04 |
| 9/12/14 | | | $ 505.00 | $ 6,968.44 | | $ 505.00 | $ 3,670.40 | 3,298.04 |
| 9/22/14 | | $ 52.28 | | $ 7,020.72 | | $ - | $ 3,670.40 | 3,350.32 |
| 10/1/14 | | | | $ 7,020.72 | $ 1,594.00 | $ - | $ 5,264.40 | 1,756.32 |
| 10/3/14 | | | $ 1,010.00 | $ 6,010.72 | | $ 1,010.00 | $ 4,254.40 | 1,756.32 |
| 10/22/14 | | $ 60.11 | | $ 6,070.83 | | $ - | $ 4,254.40 | 1,816.43 |
| 10/27/14 | | | $ 775.00 | $ 5,295.83 | | $ 775.00 | $ 3,479.40 | 1,816.43 |
| 11/1/14 | | | | $ 5,295.83 | $ 1,294.00 | $ - | $ 4,773.40 | 522.43 |
| 11/5/14 | $ 1,723.74 | | | $ 7,019.57 | | $ - | $ 4,773.40 | 2,246.17 |
| 11/6/14 | | | $ 315.00 | $ 6,704.57 | | $ 315.00 | $ 4,458.40 | 2,246.17 |
| 11/6/14 | | | $ 235.00 | $ 6,469.57 | | $ 235.00 | $ 4,223.40 | 2,246.17 |
| 11/21/14 | | $ 47.46 | | $ 6,517.03 | | $ - | $ 4,223.40 | 2,293.63 |
| 12/1/14 | | | $ 1,010.00 | $ 5,507.03 | $ 1,152.00 | $ 1,010.00 | $ 4,365.40 | 1,141.63 |
| 12/23/14 | | $ 37.83 | | $ 5,544.86 | | $ - | $ 4,365.40 | 1,179.46 |
| 12/26/14 | | | $ 200.00 | $ 5,344.86 | | $ 200.00 | $ 4,165.40 | 1,179.46 |
| 1/1/15 | | | | $ 5,344.86 | $ 1,152.00 | $ - | $ 5,317.40 | 27.46 |
| 1/5/15 | | | $ 700.00 | $ 4,644.86 | | $ 700.00 | $ 4,617.40 | 27.46 |
| 1/22/15 | | $ 46.45 | | $ 4,691.31 | | $ - | $ 4,617.40 | 73.91 |
| 2/1/15 | | | | $ 4,691.31 | $ 1,231.00 | $ - | $ 5,848.40 | (1,157.09) |
| 2/9/15 | | | $ 150.00 | $ 4,541.31 | | $ 150.00 | $ 5,698.40 | (1,157.09) |
| 2/9/15 | $ 1,175.31 | | | $ 5,716.62 | | $ - | $ 5,698.40 | 18.22 |
| 2/23/15 | | $ 45.41 | | $ 5,762.03 | | $ - | $ 5,698.40 | 63.63 |
| 2/27/15 | | | $ 200.00 | $ 5,562.03 | | $ 200.00 | $ 5,498.40 | 63.63 |
| 3/1/15 | | | | $ 5,562.03 | $ 2,400.00 | $ - | $ 7,898.40 | (2,336.37) |
| 3/9/15 | | | $ 760.00 | $ 4,802.03 | | $ 760.00 | $ 7,138.40 | (2,336.37) |
| 3/25/15 | | $ 36.27 | | $ 4,838.30 | | $ - | $ 7,138.40 | (2,300.10) |
| 3/30/15 | | | $ 2,400.00 | $ 2,438.30 | | $ 2,400.00 | $ 4,738.40 | (2,300.10) |

| Date | Debit | Interest | Credit | Balance | Receiver Receipts | Receiver Disbursements | Balance | Running Balance (All Accounts) |
|------|-------|----------|--------|---------|-------------------|------------------------|---------|-------------------------------|
| | | MDC Account | | | | Receiver Account | | |
| 4/1/15 | | | | $ 2,438.30 | $ 900.00 | $ - | $ 5,638.40 | $ (3,200.10) |
| 4/27/15 | | $ 24.38 | | $ 2,462.68 | | $ - | $ 5,638.40 | $ (3,175.72) |
| 5/1/15 | | | | $ 2,462.68 | | $ - | $ 5,638.40 | $ (3,175.72) |
| 5/6/15 | $ 485.70 | | | $ 2,948.38 | | $ - | $ 5,638.40 | $ (2,690.02) |
| 5/27/15 | | $ 24.63 | | $ 2,973.01 | | $ - | $ 5,638.40 | $ (2,665.39) |
| 6/1/15 | | | | $ 2,973.01 | $ 1,800.00 | $ - | $ 7,438.40 | $ (4,465.39) |
| 6/25/15 | | | $ 900.00 | $ 2,073.01 | | $ 900.00 | $ 6,538.40 | $ (4,465.39) |
| 6/26/15 | | $ 15.87 | | $ 2,088.88 | | $ - | $ 6,538.40 | $ (4,449.52) |
| 7/1/15 | | | | $ 2,088.88 | $ 900.00 | $ - | $ 7,438.40 | $ (5,349.52) |
| 7/14/15 | | | $ 235.00 | $ 1,853.88 | | $ 235.00 | $ 7,203.40 | $ (5,349.52) |
| 7/27/15 | | $ 18.54 | | $ 1,872.42 | | $ - | $ 7,203.40 | $ (5,330.98) |
| 8/1/15 | | | | $ 1,872.42 | $ 400.00 | $ - | $ 7,603.40 | $ (5,730.98) |
| 8/5/15 | $ 616.02 | | | $ 2,488.44 | | $ - | $ 7,603.40 | $ (5,114.96) |
| 8/10/15 | | | $ 395.00 | $ 2,093.44 | | $ 395.00 | $ 7,208.40 | $ (5,114.96) |
| 8/18/15 | | | $ 310.00 | $ 1,783.44 | | $ 310.00 | $ 6,898.40 | $ (5,114.96) |
| 8/26/15 | | $ 11.67 | | $ 1,795.11 | | $ - | $ 6,898.40 | $ (5,103.29) |
| 9/1/15 | | | | $ 1,795.11 | | $ - | $ 6,898.40 | $ (5,103.29) |
| 9/25/15 | | $ 11.79 | | $ 1,806.90 | | $ - | $ 6,898.40 | $ (5,091.50) |
| 9/30/15 | | | $ 310.00 | $ 1,496.90 | | $ 310.00 | $ 6,588.40 | $ (5,091.50) |
| 10/1/15 | | | | $ 1,496.90 | | $ - | $ 6,588.40 | $ (5,091.50) |
| 10/25/15 | | $ 14.97 | | $ 1,511.87 | | $ - | $ 6,588.40 | $ (5,076.53) |
| 11/4/15 | $ 621.45 | | | $ 2,133.32 | | $ - | $ 6,588.40 | $ (4,455.08) |
| 11/24/15 | | $ 15.12 | | $ 2,148.44 | | $ - | $ 6,588.40 | $ (4,439.96) |
| **11/26/15** | | | | Chapter 13 Petition Filed | | | | |

| | MDC Charges | MDC Interest | MDC Payments | Receiver Receipts | Receiver Disbursements |
|--------|-------------|--------------|--------------|-------------------|------------------------|
| **Totals:** | $ 7,988.25 | $ 688.58 | $ 15,260.60 | $ 21,849.00 | $ 15,260.60 |

# EXHIBIT D

## BECKETT LAW, LLC

543 PROSPECT AVENUE
HARTFORD, CT 06105

*Attorneys & Counsellors at Law*

December 03, 2015

TEL: (860) 236-1111
FAX: (860) 236-0050
www.Beckett-Law.com

Boardwalk Realty Associates, LLC
Attn: Craig Yellin
20 Westborough Drive
West Hartford, CT 06107

      Re:   **Richard Crespo Ch 13**
            **Our File No: 23351.9801**

Dear Mr. Yellin:

This law firm represents Richard Crespo in a case under Chapter 13 of the Bankruptcy Code, case number 15-22043. We understand you are the court-appointed receiver in the case captioned *The Metropolitan District Commission v Richard Crespo et al.*, Dkt. No.: CV-14-6049124-S.

As you should be aware, the pendency of the case prevents you from taking any further action with regards to property of Mr. Crespo or of the bankruptcy estate. Boardwalk Realty Associates, LLC is identified as a creditor on the bankruptcy petition. We also provided notice to Nair and Levin, P.C., the law firm that appears to be acting as your counsel.

As receiver of property of Mr. Crespo, you are a custodian of property of the debtor.[1] By this letter, we hereby request return of all property of the debtor in your possession to this firm, as required by 11 USC § 543(b)(1).

In addition, please "promptly" file your final account with respect to any property that was ever in your possession.[2] This Account must include all property of the debtor that came into your possession, not just property that was in your possession at the commencement of the bankruptcy case. It should include copies of the order of appointment and any interim or final orders approving disbursements or compensation.

As I'm sure you are aware, any application for compensation must be made to the bankruptcy court.[3] We look forward to your prompt attention to this matter.

                Very truly yours,

                Suzann L. Beckett

SLB/dfl
C:    Nair & Levin, P.C.
       Richard Crespo

---

[1] 11 U.S.C. § 543.

[2] 11 U.S.C. § 543(b)(2); FRBP 6002(a).

[3] 11 U.S.C. 543(c)(2).

# EXHIBIT E

**Open** March 28, 2014
**Name** MDC v Richard Crespo, Nancy Maldonado
**Address** 1945-1949 Broad ST HTFD
**Docket** CV-14-6049124-S Hartford

| | | | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ret | Sin City Barber Shop 860-778-1482 | 2014-5 | | | | | | | | | | | | | 0 |
| Ret | Broad Package Store | 2014 | | | | | | | | | | | | | 0 |
| | 830-6730, Denise | 2015 | | | | 900 | | 1800 | 900 | 400 | | | | | 4000 |
| Ten 2 | vac | 2014 | | | | 1400 | | 2000 | | | | | | | 3400 |
| | | 2015 | | | 2400 | | | | | | | | | | 2400 |
| Ten 3 | vac | 2014-5 | | | | | | | | | | | | | 0 |
| Ten 1 | vac | 2014-5 | | | | | | | | | | | | | 0 |
| Ten 2 | vac | 2014-5 | | | | | | | | | | | | | 0 |
| Ten 2 | vac | 2014 | | | | | | 650 | 400 | 650 | 650 | 650 | 650 | 650 | 4300 |
| | | 2015 | 650 | 650 | | | | | | | | | | | 1300 |
| Ten 3 | vac | 2014 | | | | | | 844 | 844 | 844 | 744 | 944 | 644 | 502 | 5366 |
| | | 2015 | 502 | 581 | | | | | | | | | | | 1083 |

| | Original Judgment | Actual Collection |
|---|---|---|
| **Collected** | | 21849.00 |
| **Receiver Expenses** | | |
| Inclusive Receiver Fees and Expenses | | 4784.00 |
| Receiver Bond | | 300.00 |
| **Judgment** | | |
| Water | 8806.59 | 8806.59 |
| Legal Fees and Costs | 1204.40 | 1204.40 |
| Additional Water Charges | | 6454.01 |
| Additional Eviction Charges | | 300.00 |
| **Total** | | |
| Collected | | 14100.00 |
| Total Due | | 21849.00 |
| Net Receipts Due Owner | | 0.00 |

Thank You

**Boardwalk Realty Associates, L.L.C.**      bk 11-26

Craig Yelin, Mgr., Receiver

# EXHIBIT F

**The Metropolitan District**
555 Main Street, P.O. Box 800
Hartford, Connecticut 06142-0800
Telephone (860) 278-7850

| | |
|---|---|
| Account Number: | |
| Service Address: | 1945 1949 BROAD ST |
| Invoice Number: | |
| Invoice Date: | 11/05/2015 |

Billing Period
08/06/2015 - 11/03/2015
**Due Date**
12/07/2015
**Amount Due**
$  2,148.44

Meter Number:

| | | |
|---|---|---|
| Previous Meter Reading | | 3,308 |
| Current Meter Reading | | 3,415 |
| Water Use CCF | | 107 |

**Current Charges:**

| | |
|---|---|
| Water Used Charge @ $2.530  X 107  CCF | 270.71 |
| Water CSC Commercial Charge | 40.44 |
| Clean Water Project Charge @ $2.900  X 107  CCF | 310.30 |
| Total Current Charges: | $621.45 |

**Billing Summary:**

| | |
|---|---|
| Past Due | $1,526.99 |
| Current Charges | $621.45 |
| Current Balance: | $2,148.44 |

Please return this portion with your payment. Please bring entire bill when paying in person.

| | | | |
|---|---|---|---|
| Service Address: | 1945 1949 BROAD ST | Make Check Payable to MDC | |
| Account Number: | | Due Date: | 12/07/2015 |
| Invoice Number: | | Please Pay this Amount Due: | $2,148.44 |
| Invoice Date: | 11/05/2015 | | |

1% PENALTY ADDED IF NOT **PAID** BY DUE DATE
Pay Online at www.themdc.com

RICHARD CRESPO NANCY MALDANADO
1945 BROAD ST
HARTFORD, CT 06114

*Send Payment To:*
The Metropolitan District
PO Box 990092
Hartford, CT 06199-0092

Partner          / Company Code 1000
RICHARD CRESPO NANCY MALDANADO
1945 BROAD ST
HARTFORD CT  06114

| Variants | [V | Z02 |
|---|---|---|

| Navigation | |
|---|---|

| Partner/account | |
|---|---|
| RICHARD CRESPO NANCY MALDA | |

| Receivables | Down payments | Totals | Payment list | Chronology |
|---|---|---|---|---|

| PostngDate | Text | Cur | Debit | CreditMemo | Curr.bal. | Down Pymt | CurrDwnPyt |
|---|---|---|---|---|---|---|---|
| 02/05/2008 | IS-U Invoicing | USD | 443.85 | | 443.85 | | |
| 02/27/2008 | Payment Lot | USD | | 443.81- | 0.04 | | |
| 05/05/2008 | IS-U Invoicing | USD | 390.70 | | 390.74 | | |
| 06/25/2008 | Payment Lot | USD | | 390.74- | 0.00 | | |
| 08/06/2008 | IS-U Invoicing | USD | 682.54 | | 682.54 | | |
| 09/08/2008 | Payment Lot | USD | | 682.54- | 0.00 | | |
| 11/06/2008 | IS-U Invoicing | USD | 651.82 | | 651.82 | | |
| 12/12/2008 | Payment Lot | USD | | 651.82- | 0.00 | | |
| 02/06/2009 | IS-U Invoicing | USD | 356.45 | | 356.45 | | |
| 03/09/2009 | Payment Lot | USD | | 356.45- | 0.00 | | |
| 05/07/2009 | IS-U Invoicing | USD | 348.64 | | 348.64 | | |
| 07/08/2009 | Dunning Run Document | USD | 2.64 | | 351.28 | | |
| 07/14/2009 | Payment Lot | USD | | 348.64- | 2.64 | | |
| 07/29/2009 | Payment Lot | USD | | 266.58- | 263.94- | | |
| 08/07/2009 | IS-U Invoicing | USD | 500.99 | | 237.05 | | |
| 09/09/2009 | Payment Lot | USD | | 237.05- | 0.00 | | |
| 11/09/2009 | IS-U Invoicing | USD | 700.43 | | 700.43 | | |
| 02/01/2010 | Dunning Run Document | USD | 5.27 | | 705.70 | | |
| 02/08/2010 | IS-U Invoicing | USD | 432.37 | | 1,138.07 | | |
| 03/03/2010 | Dunning Run Document | USD | 5.32 | | 1,143.39 | | |
| 04/05/2010 | Dunning Run Document | USD | 5.37 | | 1,148.76 | | |
| 04/21/2010 | Payment Lot | USD | | 537.42- | 611.34 | | |
| 05/05/2010 | Dunning Run Document | USD | 4.56 | | 615.90 | | |
| 05/07/2010 | IS-U Invoicing | USD | 394.20 | | 1,010.10 | | |
| 06/04/2010 | Dunning Run Document | USD | 4.61 | | 1,014.71 | | |
| 07/06/2010 | Dunning Run Document | USD | 4.65 | | 1,019.36 | | |
| 07/09/2010 | Payment Lot | USD | | 514.71- | 504.65 | | |
| 08/05/2010 | Dunning Run Document | USD | 3.54 | | 508.19 | | |
| 08/09/2010 | IS-U Invoicing | USD | 669.99 | | 1,178.18 | | |
| 09/07/2010 | Dunning Run Document | USD | 3.58 | | 1,181.76 | | |
| 10/07/2010 | Dunning Run Document | USD | 3.62 | | 1,185.38 | | |
| 11/08/2010 | Dunning Run Document | USD | 8.18 | | 1,193.56 | | |
| 11/08/2010 | IS-U Invoicing | USD | 742.90 | | 1,936.46 | | |
| 12/08/2010 | Dunning Run Document | USD | 8.26 | | 1,944.72 | | |
| 01/07/2011 | Dunning Run Document | USD | 13.36 | | 1,958.08 | | |
| 02/07/2011 | Dunning Run Document | USD | 13.49 | | 1,971.57 | | |
| 02/07/2011 | IS-U Invoicing | USD | 470.17 | | 2,441.74 | | |
| 03/09/2011 | Dunning Run Document | USD | 13.62 | | 2,455.36 | | |
| 04/08/2011 | Dunning Run Document | USD | 16.90 | | 2,472.26 | | |
| 05/09/2011 | Dunning Run Document | USD | 17.07 | | 2,489.33 | | |
| 05/09/2011 | IS-U Invoicing | USD | 431.55 | | 2,920.88 | | |
| 06/08/2011 | Dunning Run Document | USD | 17.24 | | 2,938.12 | | |
| 08/08/2011 | IS-U Invoicing | USD | 727.80 | | 3,665.92 | | |
| 08/15/2011 | Payment Lot | USD | | 2,000.00- | 1,665.92 | | |
| 11/07/2011 | IS-U Invoicing | USD | 937.80 | | 2,603.72 | | |
| 02/07/2012 | IS-U Invoicing | USD | 974.73 | | 3,578.45 | | |
| 05/07/2012 | IS-U Invoicing | USD | 454.98 | | 4,033.43 | | |
| 06/15/2012 | Payment Lot | USD | | 200.00- | 3,833.43 | | |
| 07/27/2012 | Payment Lot | USD | | 200.00- | 3,633.43 | | |
| 08/07/2012 | IS-U Invoicing | USD | 965.92 | | 4,599.35 | | |
| 08/24/2012 | Payment Lot | USD | | 200.00- | 4,399.35 | | |
| 09/04/2012 | Dunning Run Document | USD | 34.33 | | 4,433.68 | | |
| 09/21/2012 | Payment Lot | USD | | 200.00- | 4,233.68 | | |
| 10/04/2012 | Dunning Run Document | USD | 32.68 | | 4,266.36 | | |
| 11/02/2012 | Payment Lot | USD | | 200.00- | 4,066.36 | | |
| 11/07/2012 | IS-J Invoicing | USD | 1,212.73 | | 5,279.09 | | |
| 12/12/2012 | Payment Lot | USD | | 200.00- | 5,079.09 | | |
| 01/28/2013 | Payment Lot | USD | | 400.00- | 4,679.09 | | |
| 02/07/2013 | IS-U Invoicing | USD | 607.74 | | 5,286.83 | | |
| 02/25/2013 | Payment Lot | USD | | 200.00- | 5,086.83 | | |
| 04/18/2013 | Payment Lot | USD | | 200.00- | 4,886.83 | | |
| 05/07/2013 | IS-U Invoicing | USD | 878.34 | | 5,765.17 | | |
| 05/14/2013 | Payment Lot | USD | | 200.00- | 5,565.17 | | |
| 06/21/2013 | Payment Lot | USD | | 200.00- | 5,365.17 | | |
| 07/22/2013 | Payment Lot | USD | | 200.00- | 5,165.17 | | |
| 08/07/2013 | IS-U Invoicing | USD | 1,157.64 | | 6,322.81 | | |
| 09/06/2013 | Payment Lot | USD | | 300.00- | 6,022.81 | | |
| 11/07/2013 | Dunning Run Document | USD | 60.23 | | 6,083.04 | | |

Partner              / Company Code 1000
RICHARD CRESPO NANCY MALDANADO
1945 BROAD ST
HARTFORD CT   06114

| Variants | [V | Z02 |
| --- | --- | --- |

| Navigation |
| --- |

| Partner/account |
| --- |
| RICHARD CRESPO NANCY MALDA |

| Receivables | Down payments | Totals | Payment list | Chronology |
| --- | --- | --- | --- | --- |

| PostngDate | Text | Cur | Debit | CreditMemo | Curr.bal. | Down Pymt | CurrDwnPyt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/07/2013 | IS-U Invoicing | USD | 1,147.84 | | 7,230.88 | | |
| 12/09/2013 | Dunning Run Document | USD | 60.83 | | 7,291.71 | | |
| 01/08/2014 | Dunning Run Document | USD | 72.92 | | 7,364.63 | | |
| 02/07/2014 | Dunning Run Document | USD | 73.65 | | 7,438.28 | | |
| 02/07/2014 | IS-U Invoicing | USD | 1,293.93 | | 8,732.21 | | |
| 03/11/2014 | Dunning Run Document | USD | 74.38 | | 8,806.59 | | |
| 04/10/2014 | Dunning Run Document | USD | 88.07 | | 8,894.66 | | |
| 05/05/2014 | Payment Lot | USD | | 495.60- | 8,399.06 | | |
| 05/06/2014 | IS-U Invoicing | USD | 1,626.00 | | 10,025.06 | | |
| 07/03/2014 | Payment Lot | USD | | 690.00- | 9,335.06 | | |
| 07/08/2014 | Payment Lot | USD | | 1,720.00- | 7,615.06 | | |
| 07/10/2014 | Payment Lot | USD | | 310.00- | 7,305.06 | | |
| 07/29/2014 | Payment Lot | USD | | 815.00- | 6,490.06 | | |
| 08/06/2014 | IS-U Invoicing | USD | 1,740.03 | | 8,230.09 | | |
| 08/15/2014 | Payment Lot | USD | | 155.00- | 8,075.09 | | |
| 08/21/2014 | Dunning Run Document | USD | 63.35 | | 8,138.44 | | |
| 09/10/2014 | Payment Lot | USD | | 510.00- | 7,628.44 | | |
| 09/12/2014 | Payment Lot | USD | | 155.00- | 7,473.44 | | |
| 09/12/2014 | Payment Lot | USD | | 505.00- | 6,968.44 | | |
| 09/22/2014 | Dunning Run Document | USD | 52.28 | | 7,020.72 | | |
| 10/03/2014 | Payment Lot | USD | | 1,010.00- | 6,010.72 | | |
| 10/22/2014 | Dunning Run Document | USD | 60.11 | | 6,070.83 | | |
| 10/27/2014 | Payment Lot | USD | | 775.00- | 5,295.83 | | |
| 11/05/2014 | IS-U Invoicing | USD | 1,723.74 | | 7,019.57 | | |
| 11/06/2014 | Payment Lot | USD | | 315.00- | 6,704.57 | | |
| 11/06/2014 | Payment Lot | USD | | 235.00- | 6,469.57 | | |
| 11/21/2014 | Dunning Run Document | USD | 47.46 | | 6,517.03 | | |
| 12/01/2014 | Payment Lot | USD | | 1,010.00- | 5,507.03 | | |
| 12/23/2014 | Dunning Run Document | USD | 37.83 | | 5,544.86 | | |
| 12/26/2014 | Payment Lot | USD | | 200.00- | 5,344.86 | | |
| 01/05/2015 | Payment Lot | USD | | 700.00- | 4,644.86 | | |
| 01/22/2015 | Dunning Run Document | USD | 46.45 | | 4,691.31 | | |
| 02/09/2015 | Payment Lot | USD | | 150.00- | 4,541.31 | | |
| 02/09/2015 | IS-U Invoicing | USD C | 1,175.31 | | 5,716.62 | | |
| 02/23/2015 | Dunning Run Document | USD C | 45.41 | | 5,762.03 | | |
| 02/27/2015 | Payment Lot | USD | | 200.00- | 5,562.03 | | |
| 03/09/2015 | Payment Lot | USD | | 760.00- | 4,802.03 | | |
| 03/25/2015 | Dunning Run Document | USD C | 36.27 | | 4,838.30 | | |
| 03/30/2015 | Payment Lot | USD | | 2,400.00- | 2,438.30 | | |
| 04/27/2015 | Dunning Run Document | USD C | 24.38 | | 2,462.68 | | |
| 05/06/2015 | IS-U Invoicing | USD C | 485.70 | | 2,948.38 | | |
| 05/27/2015 | Dunning Run Document | USD C | 24.63 | | 2,973.01 | | |
| 06/25/2015 | Payment Lot | USD | | 900.00- | 2,073.01 | | |
| 06/26/2015 | Dunning Run Document | USD C | 15.87 | | 2,088.88 | | |
| 07/14/2015 | Payment Lot | USD | | 235.00- | 1,853.88 | | |
| 07/27/2015 | Dunning Run Document | USD C | 18.54 | | 1,872.42 | | |
| 08/05/2015 | IS-U Invoicing | USD C | 616.02 | | 2,488.44 | | |
| 08/10/2015 | Payment Lot | USD | | 395.00- | 2,093.44 | | |
| 08/18/2015 | Payment Lot | USD | | 310.00- | 1,783.44 | | |
| 08/26/2015 | Dunning Run Document | USD C | 11.67 | | 1,795.11 | | |
| 09/25/2015 | Dunning Run Document | USD C | 11.79 | | 1,806.90 | | |
| 09/30/2015 | Payment Lot | USD | | 310.00- | 1,496.90 | | |
| 10/25/2015 | Dunning Run Document | USD C | 14.97 | | 1,511.87 | | |
| 11/04/2015 | IS-U Invoicing | USD C | 621.45 | | 2,133.32 | | |
| 11/24/2015 | Dunning Run Document | USD C | 15.12 | | 2,148.44 | | |
| | * | USD | 42,829.47 | 40,681.03- | 2,148.44 | 0.00 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter: 13 |
| | Case No.: 15-22043 |
| RICHARD CRESPO | |
| | April 8, 2016 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David Lavery

Richard Crespo
1945 Broad Street
Hartford, CT 06114
***Via First Class Mail***

Boardwalk Realty Associates, LLC
C/O Michael Reiner, Esq.
Registered Agent
11 Talcott Notch Rd.
Farmington, CT 06032
***Via First Class Mail***

Boardwalk Realty Associates, LLC
Attn: Craig Yelin, Manager
20 Westborough Drive
West Hartford, CT 06107
***Via First Class Mail***

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
***Via ECF***

Molly T. Whiton, Trustee
10 Columbus Boulevard
Hartford, CT 06106
***Via ECF***

Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
***Via ECF***

Victoria Forcella, Esq.
Hunt Leibert Jacobson PC
50 Weston Street
Hartford, CT 06120
***Via ECF***

Mitchell J. Levine
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
***Via ECF***

Linda A. Russo
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
***Via ECF***