## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>RICHARD CRESPO<br><br>                                                    Debtor.<br>RICHARD CRESPO<br><br>                                                    Movant.<br><br>-against-<br><br>BOARDWALK REALTY ASSOCIATES, LLC,<br><br>                                                    Respondents. | Chapter: 13<br>Case No.: 15-22043<br><br>May 9, 2016 |

## REPLY TO RESPONSE TO MOTION FOR TURNOVER

The Movant hereby represents as follows:

1. The relevant procedural history and facts are fully stated in the motion of Richard Crespo and the response of the Receiver, Boardwalk Realty Associates, LLC, ECF Nos.: 27, 29, respectively.

2. In Paragraph 5 of the Receiver's response, the Receiver states that it is a custodian as defined by 11 U.S.C. § 101(11) and therefore excluded from the claims allowance process.

3. Contrary to the contention of the Receiver, "[t]he term "claim" means—

    (A) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

    (B) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is

    reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

11 U.S.C. § 101(5).

4. Furthermore, 11 U.S.C. § 502(d) specifically provides that the Receiver's claim cannot be allowed until any property on hand has been turned over to the trustee or debtor-in-possession. The provision states, in relevant part,

> Notwithstanding subsections (a) and (b) of this section, the court shall disallow any claim of any entity from which property is recoverable under section …543 …of this title … unless such entity or transferee has paid the amount, or turned over any such property, for which such entity or transferee is liable under section … 543 … of this title.

5. As an unfiled and untimely claim, the claim cannot be allowed under 11 U.S.C. § 502(b)(9).

6. Therefore, there is no basis to deny the turnover motion at this time.

**WHEREFORE**, the Movant prays for an Order of this Court:

    a. directing the Receiver to immediately file his account; and

    b. to the extent the Court determines the Receiver's fee was not reasonable, surcharging the Receiver the sum of $5,384;

together with any and all other relief as the Court may deem just and equitable.

                                          RICHARD CRESPO, Movant

Dated: May 9, 2016                               /s/ David Lavery
                                                            David Lavery (ct29971)
                                                            Beckett Law, LLC
                                                            543 Prospect Avenue
                                                            Hartford, CT   06105
                                                            T: 860-236-1111
                                                            F: 860-236-0050
                                                            DavidL@beckett-law.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>RICHARD CRESPO<br><br>Debtor. | Chapter: 13<br>Case No.: 15-22043<br><br>May 9, 2016 |

## CERTIFICATE OF SERVICE

   I hereby certify that on May 9, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                     /s/ David Lavery

Richard Crespo
1945 Broad Street
Hartford, CT 06114
***Via First Class Mail***

Boardwalk Realty Associates, LLC
Gary Greene, Esq.
Greene Law, P.C.
***Via ECF***

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
***Via ECF***

Molly T. Whiton, Trustee
10 Columbus Boulevard
Hartford, CT 06106
***Via ECF***

Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
***Via ECF***

Victoria Forcella, Esq.
Hunt Leibert Jacobson PC
50 Weston Street
Hartford, CT 06120
***Via ECF***

Mitchell J. Levine
Law Offices of Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
***Via ECF***

Linda A. Russo
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
***Via ECF***