```
NGM Insurance Company                                          00029
The Main Street America Group
P O Box 2004                                                   01 06
Keene  NH   03431
```

PREMIUM STATEMENT AS OF: 03/30/2016
Surety Bond S 831750
Payment Due Date: May 14, 2016
CONNECTICUT SUPERIOR COURT

PRINCIPAL:

BOARDWALK REALTY ASSOCIATES L
LC
20 WESTBOROUGH DRIVE
WEST HARTFORD, CT 06107

YOUR AGENT:

PETER M BAKKER AGENCY INC
302 W MAIN ST SUITE 206
AVON, CT 06001

060032                              860 676 1957

ACCOUNT ACTIVITY:

S 831750   RECEIVER OF RENTS SUPERIOR COURT

| | |
|---|---|
| Balance On Last Statement | $0.00 |
| S 831750  Surety Renewal Bond - 05/14/16 | $100.00 |
| Please pay your total balance of | $100.00 |

*[handwritten:]*
MAY. 14. 2014   -100
MAY 14 2015     -100
MAY 14 2016     -100
                $300.00    CRESPO

Payment Due Date: May 14, 2016

Please see the other side of this bill for additional information.

# Greene Law, PC

11 Talcott Notch Road  
Farmington, CT 06032  
(860) 676-1336

**Tax ID:** 30-0471238

Statement as of February 29, 2016  
Statement No. 33967

Boardwalk Realty Associates, LLC  
Craig Yelin  
20 Westborough Drive  
West Hartford, CT 06107

1191-20152042:  Boardwalk Realty Assoc v Broad Package Store LLC et al - 1949 Broad

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/12/2016 | KRC | Flat Fee- professional services rendered summary process - (flat fee previously unbilled). | 0.00 | 0.00 | 340.00 |
| | | Sub-total Fees: | | | 340.00 |

| **Expenses** | | Units | Price | Amount |
|---|---|---|---|---|
| 2/12/2016 | Marshal Fees - service of NTQ for eviction, multiple parties, locations agents. (Service in March 2015, this bill previously unbilled). | 1.00 | 260.00 | 260.00 |
| | Sub-total Expenses: | | | 260.00 |

|  |  |
|---|---|
| Total Current Billing: | 600.00 |
| Previous Balance Due: | -600.00 |
| Total Payments: | 0.00 |
| **Total Now Due:** | **0.00** |