# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>RICHARD CRESPO<br><br>Debtor.<br>BOARDWALK REALTY ASSOCIATES, LLC,<br><br>Movant.<br><br>-against-<br><br>RICHARD CRESPO,<br><br>Respondent. | Chapter: 13<br>Case No.: 15-22043<br><br>June 2, 2016 |

## DEBTOR'S PROPOSED
## WITNESS AND EXHIBIT LIST

**Witnesses**

1. Richard Crespo

**Exhibits**[1]

101. Bankruptcy Petition (Ecf. No. 1)
102. BNC Certificate of Mailing (Ecf. No. 7)
103. Letter to Boardwalk dated December 3, 2015.
104. Superior Court docket print-out in case number HHD-CV14-6049124-S.
105. Superior Court judgment dated March 27, 2014
106. Bond dated May 14, 2014
107. Request for Admissions Dated May 20, 2016
108. Request to Produce Documents Dated May 20, 2016
109. Bond premium statement dated March 30, 2016
110. Greene Law, PC invoice dated February 29, 2016

---

[1] To the extent not included in the Movant's Exhibit list.

The Debtor reserves the right, after consultation with all parties and with the consent of the Court, to amend this list in the event documents requested on May 20, 2016 are provided by the Movant.

Dated:   June 2, 2016                               /s/ David Lavery
                                                    David Lavery (ct29971)
                                                    Beckett Law, LLC
                                                    543 Prospect Avenue
                                                    Hartford, CT   06105
                                                    T: 860-236-1111
                                                    F: 860-236-0050
                                                    DavidL@beckett-law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re<br><br>RICHARD CRESPO<br><br>Debtor. | Chapter: 13<br>Case No.: 15-22043<br><br>June 2, 2016 |

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, Rule 2002 and 7004, the undersigned certifies that on the 2nd day of June, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

    1. Proposed Witness and Exhibit List

2. **Parties Served Via First Class Mail:**

   Richard Crespo
   1947 Broad Street
   Hartford, CT 06114

3. **Parties Served VIA CM / ECF:**

   Suzann L. Beckett
   Beckett Law, LLC
   SuzannB@Beckett-Law.com

   Victoria L. Forcella
   Hunt Leibert Jacobson, PC
   vforcella@huntleibert.com

   Gary J. Greene
   Greene Law, PC
   bankruptcy@greenelawpc.com

   Mitchell J. Levine
   Law Offices of Nair & Levin
   MLevine@nairlevin.com

   Linda A. Russo
   Attorney General's Office
   linda.russo@ct.gov

   Linda St. Pierre
   Hunt Leibert Jacobson PC
   bankruptcy@huntleibert.com,
   lstpierre@huntleibert.com

| U. S. Trustee | Molly T. Whiton |
| --- | --- |
| USTPRegion02.NH.ECF@USDOJ.gov | mtwhiton@mtwhiton.com |

Dated: June 2, 2016     /s/ David Lavery
                        David Lavery (ct29971)
                        Beckett Law, LLC
                        543 Prospect Ave
                        Hartford, CT 06105
                        T: 860-236-1111
                        F: 860-236-0050
                        DavidL@beckett-law.com