# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>RICHARD CRESPO<br><br>                                    Debtor.<br>BOARDWALK REALTY ASSOCIATES, LLC,<br><br>                                    Movant.<br><br>-against-<br><br>RICHARD CRESPO,<br><br>                                    Respondent. | Chapter: 13<br>Case No.: 15-22043<br><br>June 9, 2016 |

## RESPONDENT'S MOTION IN LIMINE

Pursuant to the Court's order of May 17, 2016 (ECF 41) Richard Crespo (the "Respondent"), by and through his undersigned counsel, moves for an order limiting the introduction of documents and testimony into evidence as follows:

**I.  Objections to specific evidence proffered by the Movant.**

    **1.  Exhibit 2 – Ledger**

        a. The Respondent objects to the introduction of the Ledger or account pursuant to Fed. R. Evidence 1006. Specifically, the Ledger is a summary of business records. The underlying business records have not been offered into evidence nor made available for inspection by the Respondent.

        b. The Respondent objects to the introduction of the Ledger pursuant to Fed. R. Evidence 803(6); see also Palmer v. Hoffman, 318 U.S. 109 (1943). The

Ledger was prepared in anticipation of litigation and the circumstances of its preparation indicate a lack of trustworthiness. Documents or other evidence supporting the Ledger have not been provided to the Respondent.

**2. Exhibit 4 – Eviction file**

a. The Respondent objects to the introduction of any documents from the Movant's eviction file as counsel for the Movant has advised the Respondent that it does not intend to introduce the Eviction File and has declined to provide copies to the Respondent.

**II.  Objections to specific testimony anticipated to be offered by the Movant.**

3. The Respondent objects to the admission of testimony related to contemporaneous or other time records as no time records have been offered or provided to the Respondent. See Fed. R. Evidence 803(6).

4. The Respondent objects generally to the admission of testimony related to any supposed business record to the extent said record has not been offered into evidence nor provided to the Respondent. See Fed. R. Evidence 803(6).

Dated:   June 9, 2016

  /s/ David Lavery
David Lavery (ct29971)
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT   06105
T: 860-236-1111
F: 860-236-0050
DavidL@beckett-law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re<br><br>RICHARD CRESPO<br><br>Debtor.<br>BOARDWALK REALTY ASSOCIATES, LLC,<br><br>Movant.<br><br>-against-<br><br>RICHARD CRESPO,<br><br>Respondent. | Chapter: 13<br>Case No.: 15-22043 |

## PROPOSED
## ORDER GRANTING MOTION IN LIMINE

RICHARD CRESPO (the "Respondent"), having filed a Motion in Limine (the "Motion in Limine"), (ECF No. 54), in connection with Boardwalk Realty Associates, LLC's (the "Movant") Application for Compensation (ECF No. 32) and this Court's Scheduling Order (ECF No. 41), and it appearing that the relief in the Motion in Limine should be granted, it is hereby

ORDERED, that the motion is granted in full, and the Movant is precluded from offering evidence as set forth in the Motion in Limine.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re<br><br>RICHARD CRESPO<br><br>                                Debtor. | Chapter: 13<br>Case No.: 15-22043<br><br>June 9, 2016 |

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, Rule 2002 and 7004, the undersigned certifies that on the 9th day of June, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

    1. Respondent's Motion in Limine

2. **Parties Served Via First Class Mail:**

    Richard Crespo
    1947 Broad Street
    Hartford, CT 06114

3. **Parties Served VIA CM / ECF:**

    Suzann L. Beckett
    Beckett Law, LLC
    SuzannB@Beckett-Law.com

    Victoria L. Forcella
    Hunt Leibert Jacobson, PC
    vforcella@huntleibert.com

    Gary J. Greene
    Greene Law, PC
    bankruptcy@greenelawpc.com

    Mitchell J. Levine
    Law Offices of Nair & Levin
    MLevine@nairlevin.com

    Linda A. Russo
    Attorney General's Office
    linda.russo@ct.gov

    Linda St. Pierre
    Hunt Leibert Jacobson PC
    bankruptcy@huntleibert.com,
    lstpierre@huntleibert.com

| | |
|---|---|
| U. S. Trustee | Molly T. Whiton |
| USTPRegion02.NH.ECF@USDOJ.gov | mtwhiton@mtwhiton.com |

Dated: June 9, 2016        /s/ David Lavery
                                    David Lavery (ct29971)
                                    Beckett Law, LLC
                                    543 Prospect Ave
                                    Hartford, CT 06105
                                    T: 860-236-1111
                                    F: 860-236-0050
                                    DavidL@beckett-law.com