UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

Richard Crespo

                Debtor

Case No. 15-22043 (AMN)

Chapter 13

## OBJECTION TO CONFIRMATION OF FIRST AMENDED PLAN

Boardwalk Realty Associates, LLC ("Boardwalk"), an interested party, by and through its undersigned counsel, hereby represents as follows:

1. On February 26, 2014, The Metropolitan District (the "MDC") commenced an action for the appointment of a Receiver of Rents against the Debtor in the Superior Court, Judicial District of Hartford, Case No. HHD-CV14-6049124 (the "Receivership Action").

2. On March 27, 2014, Boardwalk was appointed as the Receiver of the Debtor's property located at 1945-1949 Broad Street, Hartford, Connecticut (the "Property").

3. For receiverships brought by the MDC, the Receiver operates and pays expenses in accordance with Conn. Gen. Stat. § 16-262t (the "Water Receivership Statute").

4. Compensation for a Receiver is not set by statute, and is up to the discretion of the Court to determine their reasonableness.

5. Boardwalk generally bills one of two ways; either 21.9% of the total amount collected and disbursed, or half of that amount for cases closed within thirty (30) days.

6. Based upon its experience, Boardwalk averages approximately four (4) hours per month per receivership.

7. Boardwalk was the Receiver of the Debtor's Property for a period of twenty (20) months.

8. Boardwalk believes a reasonable hourly rate for its services is $75.00 per hour. At that rate, Boardwalk would have generated a fee of $6,000.00. Boardwalk's requested fee of $4,784.00 equates to a billing rate of approximately $60.00 per hour.

9. Boardwalk spent more than the average four (4) hours per month on the Debtor's Property due to:

   a. The Debtor's violations of the State Court Orders;

   b. The Debtor's interference with Boardwalk's collecting of rents;

   c. The Debtor's refusal to allow Boardwalk access to residential units;

   d. The Debtor issuing threats against tenants; and

   e. The Debtor providing inaccurate tenant information to Boardwalk.

10. On June 21, 2016 and June 22, 2016, the Court heard argument and testimony on the Debtor's Motion for Turnover.

11. Subsequent thereto, the Court entered an interim order directing Boardwalk to turn over certain monies it was holding, part of which constituted Boardwalk's fee that was being set aside until approval from the Superior court.

12. Boardwalk turned over said monies to the Debtor, which upon information and belief, are being held in escrow pending a final determination from the Court.

13. The Debtor's First Amended Chapter 13 Plan fails to address how Boardwalk will be paid its fee in the event the Court finds Boardwalk is entitled to a fee from its Receivership.

14. Boardwalk respectfully submits that confirmation of the Debtor's plan should be stayed until such time that the Court determines the fee Boardwalk is entitled to receive, and the source of those funds.

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com

WHEREFORE, Boardwalk respectfully requests that confirmation of the Debtor's Plan either be stayed pending the final determination on the Debtor's Motion for Turnover, or denied.

DATED: August 12, 2016                Boardwalk Realty Associates, LLC

                                                            By:    */s/ Gary J. Greene*
                                                                 Gary J. Greene, Esq. (ct09039)
                                                                 Greene Law, P.C.
                                                                 11 Talcott Notch Rd.
                                                                 Farmington, CT 06032
                                                                 860.676.1336 (t)
                                                                 860.676.2250 (f)
                                                                 Its Attorney
                                                                 bankruptcy@greenelawpc.com

3

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com

**Certification of Service**

    I hereby certify that on August 12, 2016, a copy of the foregoing was served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          */s/ Gary J. Greene*_____
                                          Gary J. Greene

**Greene Law, P.C.** | 11 Talcott Notch Road | Farmington, CT 06032
Tel: 860-676-1336 | Fax: 860-676-2250 | E-Service: service@greenelawpc.com