UNITED STATES BANKRUPTCY
COURT DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Richard Crespo, | : | Case No. 15-22043 (AMN) |
|     *Debtor* | : | |
| | : | |
| Richard Crespo, | : | |
|     *Movant* | : | |
| v. | : | |
| | : | |
| Boardwalk Realty Associates, LLC, | : | |
|     *Respondent* | : | Re: ECF No. 32 |

### Scheduling Order Regarding Attorney's Fees

On June 21 and 22, 2016, the court heard testimony and argument regarding Boardwalk Realty Associates, LLC's ("Boardwalk") application for compensation and final accounting. ECF No. 32. Boardwalk asserted that as the receiver of rents appointed by the Connecticut Superior Court for the real property owned by the debtor, Richard Crespo (the "Debtor"), prior to the filing of this bankruptcy proceeding, it is entitled to its fees as an administrative expense. Boardwalk also asserted that it was entitled to pay its attorney's fees out of the rents it had received.

NOW, THEREFORE, it is hereby,

ORDERED, that Boardwalk shall file an application for attorney's fees, with evidence of the work performed by its attorney, with the United States Bankruptcy Court, District of Connecticut, New Haven Division, by no later than October 14, 2016; and it is further

ORDERED, that the Debtor shall file his response, if any, to said application by no later than October 24, 2016.

Dated on this 26th day of September, 2016 at New Haven, Connecticut.

