## Exhibits

Debtor(s) name:

*Richard Crespo.*

Date of hearing: *6-21-16.*

Case No. *15-22043*

Adv. Number:

Plaintiff/Movant: *Broadwalk Realty Assoc.*

Counsel for the Plaintiff/Movant: *Gary Greene*

Address: *Gary Greene Law, 11 Talcott Notch Rd*
*Farmington, CT 06032*

Defendant/ Respondent's name: *Richard Crespo.*

Counsel for Defendant/Respondent: *Richard Lavery. Esq.*

Address: *Beckett Law, Inc, 543 Prospect Ave. Hartford, CT.*

Exhibits submitted by: *Richard Crespo, defendant*

| Exhibit | Full/I D only/Judicial Notice | Description |
|---|---|---|
| 101 | JN F | Copy of Petition (Bankruptcy) |
| 102 | JN -F | Copy of BNC notice |
| 103 | ID | Copy of Letter to Craig Yellin dated 12-30-15. |
| 104 | ID | Copy of Superior Court docket. HHD-CV14-6049124-S |
| 105 | F | Copy of Superior Court order. Judgment dated 3-27-14 |
| 106 | F | Copy of Bond dated 5-14-14. |

# Exhibits

Debtor(s) name:                                    Date of hearing:

                                                   Case No.

                                                   Adv. Number:

| Exhibit | Full/I D only | Description |
|---------|---------------|-------------|
| 107 | ID | Copy Request for Admission dated 5-20-16 |
| 108 | ID | Copy of Request for Production dated 5-20-16 |
| 109 | ID | Copy of Bond premium Statement of NGM |
| 110 | ID | Copy of Attorney's Greene's fees : costs. |