# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

**In the matter of:**

Richard Crespo **, Debtor**     **Case No.** 15–22043

**, Plaintiff**     **Adversary No.**
     vs.     **Document No.** 162
**, Defendant**

Re:
Exhibits

**To:**
David Lavery, Esq.
Connecticut Fair Housing Center
221 Main St
4th Floor
Hartford, CT 06106

To Whom It May Concern:

   Our records indicate that the above matter has been resolved. This letter is to advise you that the exhibits listed on the attached list are available for your retrieval.  Please notify nh_telephonic@ctb.uscourts.gov to make arrangements to retrieve these exhibits which were presented to the court.

   Please be advised that pursuant to District Court Local Rule 83.6 (e), Disposition of Exhibits in the Custody of the Clerk, "The offering party shall make arrangements for the return of those exhibits remaining with the Clerk within ninety days after final determination of the action.  Exhibits not claimed may be destroyed by the Clerk, without notice."

   If the court does not receive a response from you 30 days from the issuance date of this letter with regards to your decision to pick up the exhibits, we will destroy the exhibits.

Issuance date: April 24, 2019

---

Exhibits retrieved on _____ by _____

Exhibits destroyed on _____ by _____